UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

AARON PURNELL DYSON, Power of Attorney for ANNIE BATTLE DYSON,
    Plaintiff,

V.

PNC BANK, N.A.,
    Defendant.

**JUDGMENT IN A CIVIL CASE**
**CASE NO. 4:16-CV-190-D**

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that Dyson is not permitted to litigate pro se on behalf of his mother Annie Battle Dyson. The motion to proceed in forma pauperis is GRANTED, and the complaint is DISMISSED without prejudice.

**This Judgment Filed and Entered on August 19, 2016, and Copies To:**

| | |
|---|---|
| Aaron Purnell Dyson | Sent to 1612 King Circle Rocky Mount, NC 27801 via US Mail |

DATE:
August 19, 2016

JULIE RICHARDS JOHNSTON, CLERK
(By) /s/ Nicole Briggeman
Deputy Clerk